[No. 3535-1.    Division One.    December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN JERRY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69471, James W. Mifflin, J., entered January 6, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3753-1.    Division One.    December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. CHESTER FLONZEL DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70634, Ward Roney, J., entered March 11, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 3708-1.    Division One.    December 29, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY MICHAEL HAMBRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70020, David W. Soukup, J., entered March 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1637-2.    Division Two.    December 30, 1975.]

THE DEPARTMENT OF MOTOR VEHICLES, *Appellant*, v. LLOYD LARSON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 49006, Gerry L. Alexander, J., entered December 18, 1973. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1538-2.    Division Two.    December 30, 1975.]

CANDICE R. CAMPBELL, *Appellant*, v. DOUGLAS LEROY CAMPBELL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 213987, Stanley W. Worswick, J., entered June 28, 1974. *Affirmed* by unpublished per curiam opinion.